In the Matter of the Claim of MODESTA DIAZ, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Respondents, and AMERICAN EMPLOYERS' INSURANCE COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 21, 1954; decided March 12, 1954.

*Charles P. Barre* for appellant.

*Arthur J. Murphy* and *Louis L. O'Brien* for G. Chandler Young and another, respondents.

*Salvatore M. Lo Monaco* for Michael J. Mahoney and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.